1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant GAYTAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-769 WHA |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE IN THE DISTRICT COURT** |
| OTTO FERNANDO GAYTAN, | ) | |
| Defendant. | ) | Date: December 20, 2005<br>Time: 2:00 p.m.<br>Court: The Honorable William H. Alsup |

### STIPULATION

The parties agree to continue the initial appearance in the above-captioned matter from December 20, 2005 until January 3, 2005 at 2:00 p.m. The purpose of the continuance is to avoid the defendant from losing his new job. Mr. Gaytan was required to miss work on December 12, 2005 to make his initial appearance before Judge Laporte. He is concerned that an additional day of work missed so soon after December 12, 2005 will negatively impact his employment. As such, he respectfully requests this Court to continue his initial appearance to January 3, 2005.

Special Assistant United States Attorney Nahla Rajan represents to the Court by means of this stipulation that discovery in this matter will be provided during the week of December 19, 2005. Counsel for Mr. Gaytan, Elizabeth Falk, hereby represents that she needs time to review said discovery before she can counsel her client regarding any further decisions in this case. As such, the

parties jointly request that the period of time between December 20, 2005 and January 3, 2005 be excluded from the time requirements of the Speedy Trial Act based upon the need for effective preparation of counsel, 18 U.S.C. § 3161(h)(8)(A) § (B)(iv).

IT IS SO STIPULATED

DATED:   12/19/2005                 _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender

DATED:   12/19/2005                 _____/S/_____
                                    NAHLA RAJAN
                                    Special Assistant United States Attorney

I hereby attest hat I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the initial appearance in this matter be continued from December 20, 2005 to January 3, 2005 at 2:00 p.m.  Time is hereby ORDERED excluded from the time requirements of the Speedy Trial Act based upon the need for effective preparation of counsel, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(8)(A) § (B)(iv).  In so holding, this Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  December 20, 2005           _____
                                    THE HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE