BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GAYTAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-769 WHA |
| vs. | ) | **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING** |
| OTTO FERNANDO GAYTAN, | ) | Date:   May 23, 2006 |
| Defendant. | ) | Time:   2:00 p.m. |
| | ) | Court:  The Honorable William H. Alsup |

## STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from May 23, 2006 until June 13, 2006 at 2:00 p.m. The purpose of the continuance is to enable Mr. Gaytan's Kaiser alcohol counselor, Jean Kelly, to appear at sentencing and offer testimony on his behalf. Ms. Kelly is not able to attend a May 23, 2006 sentencing due to previously scheduled vacation. Her earliest available Tuesday afternoon to testify for Mr. Gaytan is June 13, 2006, at 2:00 p.m. Defense counsel will also utilize this extra time to compile declarations on behalf of Mr. Gaytan from family members, which will be submitted to the Court prior to sentencing in lieu of live testimony at the sentencing hearing.

Special Assistant United States Attorney Nahla Rajan has no objection to continuing the sentencing to June 13, 2006, as evidenced by her signature at the conclusion of this stipulation. Moreover, United States Probation Officer Cheryl Simone has been contacted, and has no objection

\\

to continuing the sentencing to June 13, 2006 at 2:00 p.m.

IT IS SO STIPULATED

DATED:   5/16/06                              _____/S/_____
                                              ELIZABETH M. FALK
                                              Assistant Federal Public Defender

DATED:   5/16/06                              _____/S/_____
                                              NAHLA RAJAN
                                              Special Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the initial appearance in this matter be continued from May 23, 2006 to June 13, 2006 at 2:00 p.m.

DATED:   5/17/06                              _____
                                              THE HONORABLE WILLIAM H. ALSUP
                                              UNITED STATES DISTRICT JUDGE

*[Signature and seal: Judge William Alsup, United States District Court, Northern District of California]*

STIP & ORDER CONTINUING
Sentencing
05-769 WHA                                    - 2 -