IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0769 WHA |
| Plaintiff, | |
| v. | **ORDER RE SENTENCING** |
| OTTO FERNANDO GAYTAN, | |
| Defendant. | |

The declarations referenced at the hearing on June 13, 2006, should be filed one week before the **OCTOBER 3** sentencing. Each family member, friend and Kaiser counselor who was present in the courtroom should sign one under penalty of perjury, stating the extent of contact (in detail) with defendant between June 13 and the date of the declaration and the extent to which the declarant has observed Mr. Gaytan with any alcohol (including beer and wine) or in the same room with alcohol, in a bar, or possibly under the influence or any rowdy, threatening or belligerent conduct. The Kaiser counselor should state each date he attempted sessions rather than rely on estimates and should describe defendant's progress. Of course, no one is obligated to provide a declaration but they all came to support him and all said that they would do so. Their failure to follow through — under oath — may be taken as a negative factor.

**IT IS SO ORDERED.**

Dated: June 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE