BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GAYTAN

Case 3:05-cr-00769-WHA   Document 21   Filed 09/28/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OTTO FERNANDO GAYTAN,<br><br>Defendant. | No. CR 05-769 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING**<br>**SENTENCING**<br><br>Date:    October 3, 2006<br>Time:    2:00 p.m.<br>Court:   The Honorable William H. Alsup |

## STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from October 3, 2006 until October 10, 2006 at 2:00 p.m. The purpose of the continuance is to enable Mr. Gaytan's Kaiser alcohol counselor, Jean Kelly, to appear at sentencing and offer testimony on his behalf. Ms. Kelly is not able to attend an October 3, 2006 sentencing due to a previously scheduled office meeting that. Her earliest available Tuesday afternoon to testify for Mr. Gaytan is June 13, 2006, at 2:00 p.m. Defense counsel will also utilize this extra time to compile declarations on behalf of Mr. Gaytan from family members, which will be submitted to the Court prior to sentencing on October 3, 2006, one week prior to the sentencing, as requested by this Court.

Special Assistant United States Attorney Thomas Mazzuco has no objection to continuing the sentencing to October 10, 2006, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Cheryl Simone has been contacted, and has no objection

\\

1 | to continuing the sentencing to October 10, 2006 at 2:00 p.m.

3 | IT IS SO STIPULATED

5 | DATED:     9/27/06                    /S/ _____
          ELIZABETH M. FALK
          Assistant Federal Public Defender

7 | DATED:     9/27/06                    _____
          THOMAS MAZZUCO
          Assistant United States Attorney

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued from October 3, 2006 to October 10, 2006 at 2:00 p.m.

DATED:    September 29, 2006
                                          _____
                                          THE HONORABLE WILLIAM H. ALSUP
                                          UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

STIP & ORDER CONTINUING
Sentencing
05-769 WHA                                - 2 -